**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 469 MAL 2018

              Respondent               :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

              v.                       :

                                  :

ROBERT J. MCBREARTY,               :

                                :

              Petitioner               :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 24th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.